# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOHN GARD**, *et al.*,

      **Plaintiffs,**

v.

**KENNETH SCHULZ**, *et. al.*,

      **Defendants.**

Case No. 2:20-cv-2845
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

On January 11, 2021, this Court granted Plaintiffs' motion to suspend the briefing schedule on Defendant William Schultz's motion to dismiss. (*See* ECF No. 36.) The Court indicated in the January 11, 2021 Order that, until the bankruptcy proceedings in the Western District of Texas are resolved, the Court would hold Defendant William Schultz's motion to dismiss in abeyance. (*Id.*)

Therefore, the Court **DIRECTS** the clerk to remove Defendant William Schultz's Motion to Dismiss from the Court's pending motions list. (ECF No. 23.) The motion to dismiss will be re-established on the Court's pending motions list upon resolution of the bankruptcy proceedings, consistent with the Court's January 11, 2021 Order.

    **IT IS SO ORDERED.**

**3/22/2021**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**